IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ROBERT S. HONKEN,

                    Petitioner,

      vs.

TAGGART BOYD,

                    Respondent.

**8:21CV437**

**ORDER**

        This matter is before the court on its own motion. On today's date, the court entered an order directing Petitioner to submit the $5.00 filing fee or a request to proceed in forma pauperis. (Filing 4.) This Order was entered in error as the court's records show that Petitioner has paid the $5.00 filing fee as of today's date. Accordingly,

        IT IS ORDERED that the court's Order (filing 4) is stricken from the court's records as it was entered in error.

        Dated this 19th day of November, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge