IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ROBERT S. HONKEN,

        Petitioner,

vs.

TAGGART BOYD,

        Respondent.

8:21CV437

MEMORANDUM AND ORDER

      This matter is before the court on Respondent's Motion to Substitute Respondent. (Filing 8.) Upon careful consideration,

      IT IS ORDERED that Respondent's Motion to Substitute Respondent (filing 8) is granted. The clerk's office is directed to update the court's records to reflect that Scott R. Frakes is the sole proper respondent in this action.

      Dated this 8th day of February, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge